IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEFFERY WATERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **08-205-DRH** |
| | ) | |
| **VILLAGE of GRAFTON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Compel Discovery and to Modify Scheduling and Discovery Order. **(Doc. 13)**. Plaintiff has not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1

Upon consideration and for good cause shown, defendants' Motion to Compel Discovery and to Modify Scheduling and Discovery Order **(Doc. 13)** is **GRANTED as follows**:

Plaintiff is ordered to respond fully to defendants' interrogatories and to produce the requested documents no later than **August 7, 2008.**

The scheduling order is amended to provide that plaintiff's deposition shall be taken by **August 29, 2008**, and defendants' depositions shall be taken by **September 24, 2008.**

**IT IS SO ORDERED.**

**DATE: July 28, 2008.**

                  **s/ Clifford J. Proud**
                  **CLIFFORD J. PROUD**
                  **U.S. MAGISTRATE JUDGE**