IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFFERY WATERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **08-205-DRH** |
| ) | |
| **VILLAGE of GRAFTON, et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Dismiss Cause of Action for Failure to Comply with Court Order Pursuant to FRCP 37(b)(2)(A)(v). **(Doc. 15)**. Plaintiff has responded at **Docs. 16 and 18.**

Plaintiff has been dilatory, to say the least, in responding to discovery requests. Plaintiff's counsel takes the blame, citing his heavy caseload, and notes that he has now served responses to defendants' outstanding discovery requests.

This case is off to a bad start. However, the discovery deadline is not until January 1, 2009, and it appears that the schedule can still met. In view of the circumstances, the court will not sanction plaintiff or his attorney. However, there will be no more "second chances."

Upon consideration and for good cause shown, defendants' Motion to Dismiss Cause of Action for Failure to Comply with Court Order Pursuant to FRCP 37(b)(2)(A)(v) **(Doc. 15)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: August 20, 2008.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**