IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFERY WATERS,

Plaintiff,

v.

VILLAGE OF GRAFTON,
GRAFTON POLICE DEPARTMENT,
and CHIEF OF POLICE ROB HEDGER,
and ASSISTANT CHIEF MIKE WEBER           No. 08-205-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management. On August 21, 2008, Magistrate Judge Proud granted Plaintiff's leave to file an amended complaint (Doc. 20). On August, 28, 2008, Plaintiff filed his First Amended Complaint (Doc. 21). Thus, the Court denies as moot Defendants' motion for dismissal of Plaintiff's Complaint (Doc.4).

    **IT IS SO ORDERED.**

Signed this 29th day of August, 2008.

                                                           /s/     David R. Herndon
                                                           **Chief Judge**
                                                           **United States District Court**